THE STATE OF KANSAS V. GEORGE EASTWOOD.

No. 14,956.    (87 Pac. 1150.)

Appeal from Allen district court; OSCAR FOUST, judge. Opinion filed November 10, 1906. Affirmed.

*C. C. Coleman,* attorney-general, and *Burton E. Clifford,* county attorney, for The State.
*J. B. Atchison,* for appellant.

*Per Curiam:* The only material error assigned was that the evidence did not sustain the verdict of the jury, but upon a careful reading of the record we are of the opinion that there was sufficient evidence to support the verdict.

The judgment is affirmed.